

Craig E. Kauzlarich, Esquire
PA Attorney I.D. No.: 208858
2 West High Street
Carlisle, Pennsylvania 17013
(717) 249-0900

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :     NO. 1:23-CR-00278

                                      :

      v.                                  :

                                      :     (Judge Chutkan)

MARK NEALY                         :

        Defendant             :

## DEFENDANT'S FIRST MOTION TO PERMIT TRAVEL

AND NOW, this 22nd day of September, 2023, comes the above-named Defendant, Mark Nealy, by and through her attorney, Craig E. Kauzlarich, Esquire, of ABOM & KUTULAKIS, LLC, who petitions this Honorable Court to temporarily lift the conditions of release to permit Mr. Nealy to go on a pre-planned, pre-paid vacation in Mexico with his wife, averring the following in support:

    1. On June 13, 2023, the Defendant, Mark Nealy, was arraigned in the Middle District of Pennsylvania on a criminal complaint and released on conditions.

2.  As a condition of his release, Mr. Nealy was required to surrender his U.S. passport[1]. Travel was not otherwise restricted, except that he "may only travel to the District of Columbia for court matters."

3.  On September 1, 2023, Mr. Nealy pleaded guilty to an information, which charged him with one count of Parading, Demonstrating, or Picketing in a Capital Building, in violation of 40 U.S.C. 5104(e)(2)(G), a misdemeanor punishable by no more than 6 months imprisonment.

4.  Prior to being charged or even aware of an investigation, Mr. Nealy had booked a pre-paid, non-refundable vacation with his wife, Susan, to Mexico, to occur from October 10th - 16th, 2023.

5.  Sentencing is scheduled to occur via video conference on December 6, 2023, at 12:00 P.M.

6.  Mr. Nealy owns and operates Nealy Fencing, a fencing subcontracting business in Shippensburg, Pennsylvania where he also has owned a home for over 20 years. He is a lifelong resident of Pennsylvania.

7.  Pretrial services progress reports to date have indicated compliance with release conditions and no infractions or violations.

---

[1] There is a discrepancy in the record regarding which court agency was to receive the passport. While the order of June 13, 2023 imposing release conditions indicates the passport was to be surrendered to the Clerk of Court, the August 17, 2023 Pretrial Services Progress report indicates the passport was actually received by the Pretrial Services Agency for the District of Columbia (PSA) on August 7, 2023. Accordingly, it is believed the PSA is currently in possession of the passport, and the proposed order directs and authorizes PSA to temporarily release it.

8. The undersigned has contacted Assistant United States Attorney Joseph Huynh, who indicated the Government is opposed to this request and sees no compelling reason to agree.

9. A hearing on this Motion is not requested.

WHEREFORE, it is respectfully requested that an order be entered temporarily granting return of Mr. Nealy's passport for purposes of this vacation only.

Respectfully submitted,

**ABOM & KUTULAKIS, LLC**

Date: September 22, 2023

_____/s/_____
Craig E. Kauzlarich, Esquire
2 West High Street
Carlisle, PA  17013
(717) 249-0900

## CERTIFICATE OF SERVICE

I, Sally J. Evans, of Abom & Kutulakis, LLC, do hereby certify that I served a

copy of the foregoing Defendant's First Motion to Travel via electronic means

addressed to the following:

**Joseph Huynh, Esquire**
**Assistant United States Attorney**
Joseph.Huynh@usdoj.gov

Respectfully submitted,

**_ABOM & KUTULAKIS, LLC_**

Date: September 22, 2023                        _____/s/_____
                                               Sally J. Evans

## CERTIFICATE OF NON-CONCURRENCE

I, Craig E. Kauzlarich, Esquire, of Abom & Kutulakis, LLC, do hereby certify that Assistant United States Attorney Joseph Huynh, Esquire, does not concur in the foregoing Motion.

Respectfully submitted,

**ABOM & KUTULAKIS, LLC**

Date: September 22, 2023

_____/s/_____
Craig E. Kauzlarich, Esquire
2 West High Street
Carlisle, PA  17013
(717) 249-0900

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :   NO.  1:23-CR-00278

                              :

    v.                          :

                              :   (Judge Chutkan)

MARK NEALY               :

       Defendant           :

## ORDER OF COURT

**AND NOW,** this _____ day of _____, 2023, upon consideration of

Defendant's First Motion to Permit Travel, for the reasons stated therein, the Motion

is GRANTED.

The Defendant's conditions of pre-trial release are hereby **modified**

temporarily to allow for the Defendant to travel to Mexico on a pre-planned vacation

from October 10th until the 16th, 2023.  In order to facilitate this travel, the Pretrial

Services Agency of the District Court for the District of Columbia is authorized and

directed to temporarily release Mr. Nealy's passport to him.

Defendant is ordered to return to the United States no later than October 16,

2023 and surrender his passport anew no later than October 17, 2023.

**BY THE COURT,**

_____

                                           J.

**Distribution:**
AUSA Joseph Huynh, Esquire
Craig E. Kauzlarich, Esquire
   2 W. High Street, Carlisle, PA
Pretrial Services Agency (DC)