

Craig E. Kauzlarich, Esquire
PA Attorney I.D. No.: 208858
2 West High Street
Carlisle, Pennsylvania 17013
(717) 249-0900

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:23-CR-00278 |
| | : | |
| v. | : | |
| | : | (Judge Chutkan) |
| MARK NEALY | : | |
| Defendant | : | |

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND REPORT DATE

AND NOW, this 8th day of January, 2024, comes the above-named Defendant, Mark Nealy, by and through his attorney, Craig E. Kauzlarich, Esquire, of ABOM & KUTULAKIS, LLC, who petitions this Honorable Court to extend his report date by one week, averring the following in support:

1. On June 13, 2023, the Defendant, Mark Nealy, was arraigned in the Middle District of Pennsylvania on a criminal complaint and released on conditions.

2. On September 1, 2023, Mr. Nealy pleaded guilty to an information, which charged him with one count of Parading, Demonstrating, or Picketing in a Capital Building, in violation of 40 U.S.C. 5104(e)(2)(G), a misdemeanor punishable by no more than 6 months imprisonment.

3. Sentencing occurred via video conference on December 20, 2023, whereupon the Court imposed a sentence of fourteen (14) days imprisonment, to commence on January 15, 2024.

4. The report date of January 15, 2024 was specifically requested by Mr. Nealy because he was scheduled to install a residential fence the week of January 8th for a client of his fencing company.

5. South-central Pennsylvania received 6-9 inches of snow from January 6-7th, immediately followed by warmer temperatures, causing the ground to be too soft and muddy to complete the installation. Additional rain is expected on January 9th, with Cumberland County under flood watch from January 9th-10th per weather.com's forecast.

6. Mr. Nealy has a sense of duty to his clients and wishes to complete the job he agreed to before reporting for his prison sentence.

7. Accordingly, it is requested that the Honorable Court grant a one-week delay in report date, directing Mr. Nealy to report for his sentence on Monday, January 21, 2024.

8. To date, Mr. Nealy has not received his reporting instructions or designated institution.

9. The undersigned has contacted Assistant United States Attorney Joseph Huynh, who indicated the Government is not opposed to this request.

10. A hearing on this Motion is not requested.

WHEREFORE, it is respectfully requested that an order be entered delaying Mr. Nealy's report date by one week. A proposed order is attached.

Respectfully submitted,

**ABOM & KUTULAKIS, LLC**

Date: January 8, 2024  _____/s/_____
Craig E. Kauzlarich, Esquire
2 West High Street
Carlisle, PA 17013
(717) 249-0900

## CERTIFICATE OF SERVICE

I, Sally J. Evans, of Abom & Kutulakis, LLC, do hereby certify that I served a copy of the foregoing Defendant's Unopposed Motion to Extend Report Date via electronic means addressed to the following:

**Joseph Huynh, Esquire**
**Assistant United States Attorney**
**Joseph.Huynh@usdoj.gov**

Respectfully submitted,

***ABOM & KUTULAKIS, LLC***

Date: January 8, 2024       /s/
                            Sally J. Evans

## CERTIFICATE OF CONCURRENCE

I, Craig E. Kauzlarich, Esquire, of Abom & Kutulakis, LLC, do hereby certify that Assistant United States Attorney Joseph Huynh, Esquire, does not oppose the foregoing Motion.

Respectfully submitted,

***ABOM & KUTULAKIS, LLC***

Date: January 8, 2024                     _____/s/_____
Craig E. Kauzlarich, Esquire
2 West High Street
Carlisle, PA  17013
(717) 249-0900

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : NO. 1:23-CR-00278 |
| v. | : (Judge Chutkan) |
| MARK NEALY<br>Defendant | : |

### ORDER OF COURT

**AND NOW,** this _____ day of _____, 2024, upon consideration of Defendant's Unopposed Motion to Extend Report Date, for the reasons stated therein, the Motion is GRANTED.

This Court's Judgment imposing sentence of December 20, 2023 (Doc. 27) is hereby MODIFIED as follows: at Additional Imprisonment Terms on page 3 of 5, the date of January 15, 2024 voluntary surrender date is stricken, and replaced with January 21, 2024.

This Court's Judgment shall otherwise remain in full force and effect.

BY THE COURT,

_____
Tanya S. Chutkan
District Judge

**Distribution:**
AUSA Joseph Huynh, Esquire
Craig E. Kauzlarich, Esquire
   2 W. High Street, Carlisle, PA
Probation