UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-278 (TSC) |
| : | |
| MARK NEALY, : | |
| : | |
| Defendant. : | |

**ORDER**

Upon consideration of the Defendant's unopposed motion to extend report date, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the Defendant shall report to serve his term of incarceration on January 21, 2024.

Date: January 8, 2024

*Tanya S. Chutkan*
_____
HONORABLE TANYA S. CHUTKAN
United States District Judge